Summer & Co., Inc., Respondent, v. Phœnix Indemnity Company, Appellant.— Present — Cunningham, Taylor, Dowling and McCurn, JJ.

John Glabien, Appellant v. American Radiator Company, Respondent.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Accounting of Ruth A. Morton et al., as Executors of Glenn R. Morton, Deceased, Respondents. John W. Lennon, as Receiver, Appellant.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

Cassius L. Jones, Respondent, v. Floyd J. Speck, Appellant.— Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

For additional decisions of January 27, see page 1033.

## First Department, February, 1943.
## (February 5, 1943.)

In the Matter of the Estate of Benjamin Rosenfeld, Deceased. Sylvia Rosenberg, Appellant; John K. Clark et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York ex rel. Helen Walton et al., Appellants, against Joseph Lilly et al., Constituting the Tax Commission of the City of New York, Respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Oneida Paper Products, Inc., Appellant, v. American Tissue Mills, Inc., Respondent.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Accounting of The Chase National Bank of the City of New York, as Substituted Trustee of George V. Hecker, Deceased. Lionel P. Kristeller, as Executor of Anna W. Hecker, Deceased, et al., Respondents; Paula M. J. Farrelly et al., Appellants.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Joseph T. Pocher, Appellant, v. Anna M. Pocher, Respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Betty Bergui, Respondent, v. Gerry Finance Corporation, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. Willie Wong, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

Richard M. Cooley, Respondent, v. Sam Cuccuru, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.